UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN LOPEZ, an Individual; and JOSEPHINE LOPEZ, an Individual,<br><br>            Plaintiffs,<br>vs.<br><br>MORTGAGE ELECTRONIC, REGISTRATION SYSTEMS AS NOMINEE; FIRST MORTGAGE CORPORATION, a corporation; WILSHIRE CREDIT CORPORATION, a corporation; US BANK, a corporation,<br><br>            Defendants._____/ | 1:10-cv-00574-AWI-SMS<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION (Doc. 7)<br><br>ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE AGAINST ALL DEFENDANTS<br><br>ORDER DIRECTING CLERK TO CLOSE CASE |

      Plaintiffs, Martin Lopez and Josephine Lopez, by and through legal counsel, Craig R. Triance, Esq., have [re-]filed this Fair Debt Collection Act case seeking relief under 15 U.S.C. § 1692.

The matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On June 29, 2010, the Magistrate Judge filed Findings and Recommendation(s) herein which were electronically served on plaintiffs, by and through legal counsel, Craig R. Triance, Esq., and which contained notice to plaintiffs and counsel that any objections to the Findings and Recommendation(s) were to be filed within ten (10) days from the date of service of the Findings

and Recommendation(s).  To date, plaintiffs, by and through legal counsel, have not filed objections to the Magistrate Judge's Findings and Recommendation(s).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendation(s) to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation(s), filed June 29, 2010, are ADOPTED IN FULL;
2. This entire action is DISMISSED, without prejudice against all defendants, for Plaintiffs' failure to follow the Court's order(s) and rules and failure to prosecute this action; and,
3. The Clerk of Court is DIRECTED to close the case.

<u>IT IS SO ORDERED.</u>

Dated:     July 15, 2010                                   _____
                                                            CHIEF UNITED STATES DISTRICT JUDGE

2